Electronically Filed - St Louis County - November 16, 2022 - 11:48 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| BRONNIE MATHEWS, ) | |
| ) | |
| Plaintiff, ) | Cause No.: |
| ) | |
| v. ) | Division No.: |
| ) | |
| DOLLAR TREE STORES, ) | |
| INC. ) | |
| ) | JURY TRIAL DEMANDED |
| Serve at: ) | |
| Registered Agent ) | |
| CSC-LAWYERS ) | |
| INCORPORATING SERVICE ) | |
| COMPANY ) | |
| 221 BOLIVAR ST ) | |
| JEFFERSON CITY, MO ) | |
| 65101 ) | |
| ) | |
| Defendant. ) | |

## **PETITION**

COMES NOW Plaintiff, Bronnie Mathews, and for her Petition against Defendant states as follows.

1. Plaintiff is a resident of St. Louis County, State of Missouri, and is a US Citizen, over the age of eighteen (18).

2. Defendant at all times was the owner and operator of a Dollar Tree store, Store #690, located at 12406 Saint Charles Rock Road, Bridgeton MO, 63044-2506.

3. Venue is proper in St. Louis County, State of Missouri, as the incident occurred in Bridgeton, MO.

4. Jurisdiction is proper in this Court, as Plaintiff's damages exceed $25,000.00.

EXHIBIT 1

5. On or about April 14, 2022, Plaintiff entered the aforementioned Dollar Tree location to shop.

6. On defendant's premises, while bending down to retrieve merchandize in a basket near the floor, Plaintiff struck her face on a metal rod that was sticking out of the wall, which was also holding merchandise.

7. The metal rod was located approximately three (3) feet from the floor on the wall, directly above a basket containing merchandise, and was twice the length of any other metal rod on that same wall.

8. As a result of the location of the metal rod, as well as the length, it caused an unsafe condition.

9. The metal rod was placed in a position that was not reasonably safe for consumers.

10. Defendant knew or by using ordinary care could have known of the unsafe condition created by the placement and length of the metal rod.

11. Defendant failed to use ordinary care to remove or warn of the dangerous condition of defendant's premises at the time and place stated above.

12. As a direct result of defendant's failure as described above, Plaintiff was injured, specifically she suffered a laceration to her lower eyelid, comminuted fracture of the inferior orbit and medial orbit wall and injury to the ethmoid bone, with initial loss of vision and headache.

13. As a direct result of defendant's conduct as described herein, Plaintiff has suffered damages in the form of lost wages, medical expenses, loss of future earnings, pain and suffering.

EXHIBIT 1

WHEREFORE, Plaintiff prays damages in such amount as is fair and reasonable, in excess of $25,000, together with interest and costs, and such other and further relief as the court shall deem proper.

                Respectfully Submitted,

                LAW OFFICES OF RICK BARRY, P.C.

By:   /s/ Megen I. Hoffman
       RICK BARRY, MBE # 25592
       MEGEN I. HOFFMAN, MBE#58772
       Attorneys for Plaintiff
       1034 S. Brentwood Blvd., Suite 1301
       St. Louis, MO 63117
       Phone: (314)918-8900
       Fax: (314)918-8901
       rickbarry@rickbarrypc.com
       megens@rickbarrypc.com

EXHIBIT 1